IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

SHERRY MORRIS, )
)
    Plaintiff, )
)
v. ) Case No. 16-CV-546-JHP-KEW
)
NANCY A. BERRYHILL, )
Acting Commissioner of )
Social Security Administration, )
)
    Defendant. )

### ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On February 23, 2018, the United States Magistrate Judge entered a Report and Recommendation in regard to Plaintiff's request for judicial review of the decision of the Commissioner of the Social Security Administration. The Magistrate Judge recommended that the decision of the Administrative Law Judge be affirmed. Plaintiff filed an objection to the Magistrate Judge's Report and Recommendation on March 9, 2018, and the Commissioner filed a Response on March 23, 2018. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b).

This Court finds that the Report and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, the Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on February 23, 2018, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order and the decision of the Commissioner is **AFFIRMED**.

IT IS SO ORDERED this 27th day of March, 2018.

James H. Payne
United States District Judge
Eastern District of Oklahoma